TIMOTHY F. PEARCE, ESQ. (SBN 215223)
STUART B. LEWIS, ESQ. (SBN 321824)
HANNAH B. OXLEY, ESQ. (SBN 282007)
**PEARCE LEWIS LLP**
423 Washington Street, Suite 510
San Francisco, CA 94111
Telephone    (415) 964-5225
Facsimile    (415) 830-987919
tim@pearcelewis.com
stuart@pearcelewis.com
hannah@pearcelewis.com
docintake@pearcelewis.com

Attorneys for Plaintiffs
HARRY L. BRITTAN, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY L. BRITTAN, et al.,<br><br>                                    Plaintiffs,<br><br>      vs.<br><br>GREEN, TWEED & CO., INC., et al.,<br><br>                                    Defendants. | Case No. 3:24-cv-03874-VC<br><br>[*Removed from San Francisco County Superior Court, Case No. CGC-24-277217*]<br><br>**PLAINTIFFS' STATUS REPORT OF REMAINING PARTIES**<br><br>Judge:        Hon. Vince Chhabria<br>Dept.:        Courtroom 4, 17th Floor<br>              450 Golden Gate Ave.<br>              San Francisco, CA 94102<br><br>Complaint:    May 21, 2024<br>Removed:      June 27, 2024<br>Pre-Trial:    October 14, 2025<br>Trial Date:   October 27, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The following parties remain active in this case:

1)     Air & Liquid Systems Corporation, as Successor-by-Merger to Buffalo Pumps, Inc.

2)     Carrier Corporation

3)     FMC Corporation, as Successor-in-Interest to Peerless Pump Co.

4)     Gould Pumps LLC

5)     IMO Industries, Inc.

6)     Velan Valve Corp.

7)     York International Corporation

The following parties have resolved but a dismissal has not yet been entered as the parties are still in the process of executing releases or dismissals:

1)     Autozone West, LLC

2)     Hill Brothers Chemical Company

3)     ITT LLC

4)     Pneumo Abex LLC

Date:   September 10, 2025          **PEARCE LEWIS LLP**

_____

TIMOTHY F. PEARCE, ESQ.
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 423 Washington Street, Suite 510, San Francisco, California 94111.

On September 10, 2025, I served true copies of the following document(s) described as:

- **PLAINTIFFS' STATUS REPORT OF REMAINING PARTIES**

on the interested parties in this action as follows:

 **X**    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case, who are registered CM/ECF users, will be served by the CM/ECF system. Participants in the case, who are not registered CM/ECF users, will be served by mail or by other means permitted by the court rules.

 ____    by electronic filing and/or service via the File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true, and correct, and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on September 10, 2025, at Rosemead, CA.

_____
Quyen (Nathalie) Luong

*Harry L. Brittan, et al. v. Greene, Tweed & Co., Inc., et al.*
U.S. District Court, Northern District of California Case No.: 3:24-cv-03874-VC
San Francisco Superior Court Case No.: CGC-24-277217